38202-86951- RER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

**YOGI'S PRIMOPROMO, LLC.**

    Plaintiff,

VS.                               NO. _____
                                            JURY DEMANDED

**NATIONWIDE GENERAL INSURANCE COMPANY,**

    Defendant.

## NOTICE OF REMOVAL

Defendant, **NATIONWIDE GENERAL INSURANCE COMPANY**, hereby notifies the Judges of the United States District Court for the Eastern District of Tennessee, the clerk of the Chancery Court of Hamilton County, Tennessee and Plaintiff, **YOGI'S PRIMOPROMO, LLC.**, that the action described herein and filed in the Chancery Court of Hamilton County, Tennessee, is removed to the United States District Court for the Eastern District of Tennessee, pursuant to 28 U.S.C. § 1441.

1. On October 12, 2018, Plaintiff, **YOGI'S PRIMOPROMO, LLC.**, filed a civil action bearing Docket No. 18-1640 against the Defendant, **NATIONWIDE GENERAL INSURANCE COMPANY**, in the Chancery Court of Hamilton County, Tennessee. Proper service of the complaint and summons has not been accomplished to date but, as of the date of the filing of this removal, **NATIONWIDE GENERAL INSURANCE COMPAN**, is waiving formal service and deeming the complaint served.

2. This action is filed by Plaintiff for proceeds allegedly due under a contract of insurance written by Defendant, **NATIONWIDE GENERAL INSURANCE COMPANY**,

and insuring Plaintiffs real property and contents in Hamilton County, Tennessee which was allegedly damaged by water occurring on or about March 2, 2018. Plaintiff also makes claims of statutory bad faith.

3. Petitioner seeks removal of this action to this Court upon the grounds that the controversy is wholly between citizens of different states and involves an amount in controversy which exceeds Seventy-five Thousand Dollars ($75,000.00), exclusive of the interest and costs, 28 U.S.C. § 1332.

4. Plaintiff, **YOGI'S PRIMOPROMO, LLC.**, is a Tennessee corporation with its principal office located in Chattanooga, Tennessee and was at the time of the filing of this action and at the time of removal. Defendant **NATIONWIDE GENERAL INSURANCE COMPANY** is a corporation incorporated in Ohio, with its principal place of business in Columbus, Ohio. The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

5. This notice is filed within the time prescribed by 28 U.S.C. §1446(b).

6. A copy of the Summons and Complaint, being all the papers served upon the Defendant, is attached hereto.

WHEREFORE, Notice is hereby given that the said civil action number 18CV789 is removed from the Circuit Court of Sevier County, Tennessee, to this Court.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

__s/ Russell E. Reviere_____
Russell E. Reviere (BPR No. 07166)
Attorney for Defendant
209 East Main Street
P. O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414
rreviere@raineykizer.com

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was forwarded first class U.S. Mail, postage prepaid to:

Ronald J. Berke
420 Frazier Avenue
Chattanooga, TN 37405

counselors of record for Plaintiff, and by electronic means via the Court's electronic filing system.

This the 27th day of December, 2018.

**s/ Russell E. Reviere**